UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 19-8458 MRW | Date | November 4, 2019 |
|---|---|---|---|
| Title | Abacuc Heras v. Birreria Gonzalez Restaurant Inc. | | |

Present: The Honorable   Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**      (IN CHAMBERS) ORDER RE: DISMISSAL

    Plaintiff filed a notice to dismiss this case with prejudice. (Docket # 14.) This action is dismissed with prejudice.